## Louis Smith, Plaintiff in Error, v. Sanitary District of Chicago, Defendant in Error.

### Gen. No. 23,552.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDMUND K. JARECKI, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed March 5, 1918.

### Statement of the Case.

Action by Louis Smith, plaintiff, against Sanitary District of Chicago, defendant, to recover damages for injuries to plaintiff's automobile while endeavoring to avoid a collision with defendant's automobile. From a judgment for defendant, the plaintiff brings error.

EDWARD H. MORRIS and T. WEBSTER BROWN, for plaintiff in error.

MOSES, ROSENTHAL & KENNEDY, for defendant in error; HIRSCH E. SOBLE, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

AUTOMOBILES AND GARAGES, § 6*—*when shown that plaintiff's servant guilty of contributory negligence in collision.* Evidence *held* to warrant the finding that plaintiff's servant was guilty of negligent conduct in the control and operation of the car he was driving which proximately contributed to cause the accident to the car in a collision with defendant's car, in an action to recover damages for the injuries sustained in such accident.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.